SOCIEDAD AGRÍCOLA DE GURABO *v.* EL REGISTRADOR DE LA
PROPIEDAD.

RECURSO gubernativo contra nota del Registrador de la
Propiedad de Caguas.

'No. 127.—Resuelto en octubre 17, 1912.

RECURSOS GUBERNATIVOS.—DESESTIMACIÓN DEL RECURSO—PRESENTACIÓN DE LOS
DOCUMENTOS EN EL TRIBUNAL SUPREMO.—Dentro de los veinte días después
de notificada la nota del registrador deben quedar radicados en el Tribunal
Supremo los documentos objeto del recurso, y aun en el supuesto de que
dichos documentos sean depositados en el correo dentro del término legal,
de acuerdo con el artículo 2 del reglamento de este tribunal en relación
con la sección 3 de la ley sobre recursos gubernativos, hasta que dichos docu-
mentos no sean recibidos en la Secretaría del Tribunal Supremo, ya sean
remitidos por correo o de otro modo, no se considerarán haber sido presentados
en secretaría.

Los hechos están expresados en la opinión.

Abogado del recurrente: *Sr. Andrés Mena.*

EL JUEZ PRESIDENTE SR. HERNÁNDEZ, emitió la opinión del
tribunal.

Presentado en el Registro de la Propiedad de Caguas para
su inscripción, expediente posesorio de dos casas situadas en
el pueblo de Gurabo, instruído a instancia de "Sociedad Agrí-
cola de Gurabo," el registrador denegó la inscripción por
nota de 7 de agosto de 1912, fundada en que dichas casas
radican en solares propios del municipio de Gurabo.

La notificación de la nota anterior tuvo lugar en 15 de
agosto citado, y en la misma fecha fué recogido el documento,
cuya radicación en la secretaría de esta corte con el alegato
escrito impugnando aquella nota, se hizo en 9 de septiembre
siguiente.

Como se ve, la presentación del documento a que se refiere
la inscripción denegada y del alegato de la parte interesada,
se verificó en la secretaría de esta Corte Suprema cuando
ya habían transcurrido los 20 días que para dicha presenta-
ción, a los fines de interposición del recurso, señala la sección

3ª. de la ley sobre recursos contra resoluciones de los registradores de la propiedad, aprobada en marzo 1º. de 1902.

Alega el recurrente, y trata de probar, que depositó los documentos en la oficina de correos de Caguas en tiempo legal, o sea el día 1º. de septiembre próximo pasado; pero como la sección 3ª. de la ley ya citada ordena que la presentación de los documentos se haga al Tribunal Supremo dentro de los 20 días siguientes a la notificación de la negativa de inscripción, y el artículo 2º. de nuestro reglamento dispone que:

"Ninguna transcripción u otro documento o escrito se considerará haberse recibido por el secretario, hasta que el mismo le haya sido realmente entregado en su oficina, ya se remita por correo o de otro modo,"

tenemos que llegar a la conclusión de que el recurso se interpuso fuera de tiempo, y carecemos por tanto de jurisdicción para considerarlo y resolverlo.

Por las razones expuestas el recurso debe desestimarse.

*Desestimado el recurso.*

Jueces concurrentes: Sres. Asociados MacLeary, Wolf, del Toro y Aldrey.